**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

-----------------------------------------------------------X

MARY CONNER, Individually and as the
representative of a class of similarly situated persons,

Plaintiff,

Case No. 3:26-cv-00399

- against -

K-LA, LLC,

Defendant.

-----------------------------------------------------------X

THE UNDERSIGNED, being first duly sworn, deposes and says:

1.      That he is an attorney licensed to practice law in the State of North Carolina and the Western District of North Carolina Federal Court and that he represents the Plaintiff in this matter.

2.      That the above-named corporate defendant, **K-LA, LLC** ("Defendant"), was served with the Complaint and Summons in the above-captioned matter at Defendant's address of: 4123 Park Road, Charlotte, NC 28209 on or about **July 9, 2026**.

3.      That, upon information and belief, Defendant was served with process in this action in accordance with the provisions of Rule 4 of the Federal Rules of Civil Procedure, and that a copy of the Complaint and Summons in this action was deposited in the mail via United States First Class Certified Mail, Return Receipt Requested, and said Complaint and Summons was in fact served on Defendant on or about the **9th day of July, 2026,** when it was received by Defendant as evidenced by the attached signed USPS Return Receipt, hereto marked as **Exhibit "A"** and which Exhibit is incorporated herein by reference.

–1–

IN WITNESS WHEREOF, I have hereunto set my hand and seal this the 21st day of July, 2026.

/s Sanjay R. Gohil
Sanjay R. Gohil, Esq.
NC State Bar # 24250

Law Offices of Sanjay R. Gohil, PLLC
2435 Plantation Center Drive, Suite 200
Matthews, NC  28105
(704) 814-0729

Attorney for Plaintiff

STATE OF NORTH CAROLINA

__MECKLENBURG___ COUNTY

I certify that __Sanjay R. Gohil__ personally appeared before me this day, and (I have personal knowledge of the identify of the principal) (I have seen satisfactory evidence of the principal's identity, by a current State or Federal identification with the principal's photograph in the form of a __NC Driver's License__); acknowledging to me that he voluntarily signed the foregoing document for the purpose stated therein and in the capacity indicated.

Witness my hand and official seal this 21st day of ___July___, 2026.

(Official Seal)

(Official Signature of Notary)

RICHARD S. COOPER
(Typed or Printed Name of Notary)

RICHARD S COOPER
Notary Public
Mecklenburg Co., North Carolina
My Commission Expires Nov. 25, 2028

My Commission expires: 11/25/2028

–2–

**EXHIBIT "A"**

SENDER: *COMPLETE THIS SECTION*

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

K-LA , LLC
4123 Park Rd.

28209

9590 9402 7184 1284 3666 99

2. Article Number *(Transfer from service label)*

7021 0950 0002 2489 8252

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X                                          ☐ Agent
                                           ☐ Addressee

B. Received by *(Printed Name)*      C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
   Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt

– 3 –