# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

| | | |
|---|---|---|
| Mary Conner | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    3:26-cv-399 |
| K-LA | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

K-LA, LLC                                                                                          .

Date:     07/28/2026

*Attorney's signature*

Elizabeth Vennum, NC State Bar # 48747
*Printed name and bar number*

Hull & Chandler
1009 East Boulevard
Charlotte, NC 28203

*Address*

lvennum@lawyercarolina.com
*E-mail address*

(704) 375-8488
*Telephone number*

(704) 375-8487
*FAX number*