**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**Civil Action No. 3:26-cv-399**

| | |
|---|---|
| **Mary Conner,** | |
| **Plaintiff,** | |
| **v.** | **Consent Motion for Extension of Time** |
| **K-LA, LLC** | |
| **Defendant.** | |

Defendant K-LA LLC, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and with the consent of Plaintiff, respectfully moves the Court for a 30-day extension of time to answer or otherwise respond to Plaintiff's Complaint.

In support of this Motion, Defendant states as follows:

1. Plaintiff filed her Complaint on May 22, 2026

2. Plaintiff filed an Affidavit of Service stating that Defendant was served July 9, 2026.

3. Pursuant to Fed R. Civ. P 12(a)(1), if Defendant was served July 9, it has until July 30 to answer or otherwise respond.

4. With consent of Plaintiff, Defendant requests a 30-day extension of time, through and including Monday, August 31, to answer or otherwise respond to the Complaint.

5. Good cause exists for the requested extension because the undersigned counsel was recently retained and needs additional time to review the pleadings and confer with Defendant to determine the appropriate responsive pleading. Additional time is also needed to complete the required initial settlement conference and attempt to resolve the matter without further litigation.

6.      The original time for Defendant to respond has not yet passed.

7.      A proposed Order will be submitted herewith.

THEREFORE, Defendants respectfully request the Court extend the deadline to respond to Plaintiff's Complaint from July 30, 2026 to August 31, 2026.

This, the 28th day of July, 2026

**HULL & CHANDLER**

By:     */s/ Elizabeth Vennum*
        Elizabeth Vennum
        N.C. State Bar No. 49747
        Counsel for Defendant
        Hull & Chandler
        1009 East Boulevard
        Charlotte, NC 28203
        Tel. (704) 375-8488
        Fax (704) 375-8487
        lvennum@lawyercarolina.com
        *Counsel for Defendant*

## <u>Certificate of Service</u>

This is to certify that on this date the undersigned filed the foregoing using the Court's CM/ECF system which will send notification of such filing to CM/ECF participants, and that the undersigned will serve counsel not registered with CM/ECF by e-mail as follows:

Dan Shaked
14 Harwood Court, Suite 415
Scarsdale, NY 10583
shakedlawgroup@gmail.com

Sanjay R. Gohil
2435 Plantation Center Drive, Suite 200
Matthews, NC 28105
srg@gohillaw.com

This, the 28th day of July, 2026

**HULL & CHANDLER**

By:      */s/ Elizabeth Vennum*
Elizabeth Vennum
N.C. State Bar No. 49747
Hull & Chandler
1009 East Boulevard
Charlotte, NC 28203
Tel. (704) 375-8488
Fax (704) 375-8487
lvennum@lawyercarolina.com
*Counsel for Defendant*

Case 3:26-cv-00399-MEO-DCK     Document 5     Filed 07/28/26     Page 3 of 3