UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE AND STATESVILLE DIVISIONS
CIVIL ACTION NO. 3:26-cv-00399

Mary Conner, individually and as the representative of a class of similarly situated persons

**Plaintiff,**

**v.**

K-LA LLC,

**Defendant.**

## CERTIFICATE OF SETTLEMENT CONFERENCE

The parties to this action hereby certify that they have met in person and/or by telephone and discussed in good faith if this matter can be resolved without the need for further proceedings in this Court. The results of those settlement negotiations are:

☑ The parties have agreed to resolve this case by a voluntary settlement. A notice of dismissal of the action will be filed within 3 days after Plaintiff's receipt of the settlement payment

☐ The parties have not yet reached a settlement but believe they may be able to do so through a Mediation or the assistance of the Court. The Mediator selected by the parties is _______________. The parties request a stay of this action for up to 14 days to conduct the Mediation and/or engage in additional settlement discussions. [**Applicable only for the Initial Settlement Conference**].

☐ The parties have not yet been able to resolve this case through a voluntary settlement.

/s/ Sanjay Gohil
*[signature for Plaintiff(s)' counsel]*

/s/ Elizabeth Vennum
*[signature for Defendant(s)' counsel]*

/s/ Mary Conner
*[signature for Plaintiff(s)]*[**]

/s/ Lily Angel for K-LA LLC
*[signature for Defendant(s)]*[*]

[*] A party's signature certifies that the party has received a copy of the Court's Standing Order Requiring an Initial Settlement Conference and has either participated in directly or conferred with counsel in detail regarding the settlement discussions between or among the parties.