**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**

----------------------------------------------------x

MARY CONNER, individually and as the representative of a class of similarly situated persons,

Plaintiff,

Case No. 3:26-cv-399

v.

K-LA, LLC,

Defendant

----------------------------------------------------x

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiff Mary Conner, by and through her attorney of record, with permission and consent of defendant K-LA, LLC, and hereby dismisses the complaint filed in the above action pursuant to F.R.C.P. Rule 41(a) with prejudice.

Respectfully submitted,

Dated: September 22, 2026.

By: *_/s/ Sanjay R. Gohil_*
Sanjay R. Gohil, Esq.
N.C. Bar # 24250
LAW OFFICES OF SANJAY R. GOHIL, PLLC
2435 Plantation Center Drive
Suite 200
Matthews, NC 28105
Telephone: 704.814.0729
Facsimile: 704.814.0730
Email: srg@gohillaw.com

*Counsel for Plaintiff Mary Conner*